Jerry Lynn HIGH, Plaintiff–Appellant,

v.

U.S. DRUG ENFORCEMENT
AGENCY; Mike Grimes,
Defendants–Appellees.

No. 00–6801.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 14, 2000.

Decided Dec. 21, 2000.

Jerry Lynn High, pro se.

Before WIDENER, WILKINS, and
TRAXLER, Circuit Judges.

PER CURIAM.

Jerry Lynn High appeals the district
court's order and judgment summarily dis-
missing his complaint challenging the for-
feiture of his boats and other property.
We have reviewed the record and the dis-
trict court's order and find no reversible
error. Accordingly, we affirm on the rea-
soning of the district court. *See High v.
Drug Enforcement Agency,* No. CA–00–5–
H (E.D.N.C. May 30, 2000).* We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*

* Although the district court's judgment is
marked as "filed" on May 25, 2000, the dis-
trict court's records show that it was entered
on the docket sheet on May 30, 2000. Pursu-
ant to Rules 58 and 79(a) of the Federal Rules
of Civil Procedure, it is the date that the order
was entered on the docket sheet that we take
as the effective date of the district court's
decision. *See Wilson v. Murray,* 806 F.2d
1232, 1234–35 (4th Cir.1986).